AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **8:22MJ1383JSS** |
| DAVID JACOB MITCHELL | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 18, 2021 - April 9, 2022__ in the county of __Pinellas__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distributed child pornography |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Sara Angelosanto, SA, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/21/2022

_Judge's signature_

City and state: Tampa, Florida

JULIE S. SNEED, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sara Angelosanto, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (hereinafter "HSI"). I am currently assigned to HSI, Special Agent in Charge (SAC), Tampa, Florida. I am currently assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of 18 U.S.C. §§ 2251, 2252 and 2252A, which criminalize the production, possession, receipt, and transmission of child pornography. I have received training for online undercover investigations involving child exploitation and have participated in numerous investigations involving child pornography. I have investigated, conducted searches and arrests, and assisted with other agents' cases pertaining to these types of investigations. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States.

2. I submit this affidavit in support of an application for a criminal complaint and arrest warrant for David Jacob MITCHELL ("**MITCHELL**"). This affidavit sets forth facts sufficient to establish probable cause to believe that **MITCHELL** distributed child pornography, in violation 18 U.S.C. § 2252(a)(2).

3. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, law enforcement officers, agency reports, and the review of documents provided by witnesses and law enforcement officers. Because this affidavit is being

submitted for the limited purpose of seeking authorization to arrest MITCHELL, I have not set forth each and every fact learned during the course of this investigation.

## I. BACKGROUND CONCERNING KIK

4. Kik is a web-based instant messaging mobile application that allows users to transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups.

5. Most smartphone messaging services utilize their user's phone number as his or her unique identifier. However, Kik allows users to create their own usernames and therefore conceal personal phone numbers.

6. Kik usernames have the following characteristics: the usernames are unique; can never be replicated; can never be changed; may include lower and uppercase letters, numbers and/or periods and underscores; and will never contain spaces, emoticons or special characters. Additionally, users have a display name and a username. Although usernames cannot be changed, display names can be changed.

7. Kik is available for download through the iOS App Store and the Google Play store on most iOS (iPhone/iPod/and iPad) and Android (including Kindle Fire) devices.

8. Kik allows for "public groups" with user-generated hashtags that cannot be replicated or changed. Users can have private or public groups that can be accessed through the group profile information page or users can share a scan code to invite others to join.

9. There is a "block" feature which allows users to block all contact with another user, without revealing to the other user that they have been blocked.

10. The "New Chats" feature gives users control over who they talk to. This safety feature puts messages from new people into a separate section called "new chats." In messages from new people, pictures, or content messages they send are blurred, with the option to unblur and view the content. A user has the option to either start a chat with them, delete, block, or report.

## II. PROBABLE CAUSE

11. On or about October 18, 2021, a detective with Hernando Police Department (HPD), Mississippi, utilizing an undercover (UC) Kik account, belonged to a Kik chat group promoted as a "map or aam" group chat.[1] The UC account's profile picture depicted a purported child between the age of 13 and 14 years old. The UC Kik account messaged this chat group, stating the UC was a 13-year-old female. Account name "Bbb", with Kik username "owdi5000", also part of this chat group, identified himself as a 33-year-old male from Florida. Account name "Bbb" then initiated an individual chat conversation with the UC Kik account.

12. In the individual chat, "Bbb" informed the UC he liked younger girls and was looking for a girl who would meet him in person. "Bbb" stated he previously met with a 15-year-old female for sexual purposes in Tennessee. "Bbb"

---

[1] The term "map" is commonly used to mean a "minor attracted person" and the term "aam" is commonly used to mean "adult attracted minor".

3

stated he made videos with the 15-year-old female but does not like to share those videos.

13. Account name "Bbb" continued initiating conversations with the UC via Kik and reached out to the UC persona via text message. "Bbb" utilized telephone number 727-224-XXXX to text message the UC. HPD confirmed through law enforcement databases that "Bbb's" phone number was associated with David Jacob **MITCHELL**, located in Treasure Island, Florida. HPD compared **MITCHELL's** driver's license photograph to "Bbb's" profile picture, and positively identified "Bbb" as **MITCHELL**.

14. Communication between **MITCHELL** and the UC initiated on or about October 18, 2021, over Kik, and continued through text messages until on or about April 9, 2022. In that time, **MITCHELL** sent the UC approximately 15 unsolicited videos containing child pornography via Kik, from account usernames "owdi5000" and "bbb86889." **MITCHELL** also sent the UC videos of himself masturbating through text message. Through the images **MITCHELL** sent of himself, HPD positively identified **MITCHELL** by a comparison to **MITCHELL's** driver's license photo.

15. The last video containing child pornography sent by **MITCHELL** through Kik occurred around January 2022. Three of the videos **MITCHELL** sent can be described as follows:

   a. "IMG_0389": This video is 33 seconds long and depicts a prepubescent female between the ages of five and 10. The prepubescent female is bent

4

over the edge of a bed with no bottoms on but wearing a shirt. An adult male is penetrating the prepubescent female with his penis anally or vaginally.

b. "IMG_0390": This video is 11 seconds long and depicts a prepubescent female between the ages of six and 11. The prepubescent female is laying on her back with no clothing on exposing her genitals to the camera. A blanket appears over her chest. An adult male is penetrating the prepubescent female vaginally with his penis.

c. "IMG_0457": This video is 57 second long and depicts a prepubescent female between the ages of six and 11. The prepubescent female laying on her back with a dress on. The prepubescent female lifts her dress and exposes her genitals to the camera. The camera zooms in on the prepubescent female's genitals. An adult male touches the prepubescent female's genitals with his hand.

16. **MITCHELL** used a cellular phone, which was connected to the Internet, a facility of interstate or foreign commerce, to possess and distribute these videos of children being sexually abused.

17. In addition to distributing videos depicting child sexual abuse to the UC, **MITCHELL** asked the UC if she was on birth control and inquired about the size of the UC's breasts. **MITCHELL** expressed interest in visiting the UC in Mississippi and making videos with the UC performing sexual acts.

18. The UC was present in multiple Kik chat groups that **MITCHELL** was also a member of that shared and distributed child sexual abuse material. The UC observed Kik users, other than **MITCHELL**, sharing child sexual abuse material in these chat groups as recently as on or about April 2, 2022.

19. On multiple occasions, **MITCHELL's** accounts were banned from Kik. As a result, **MITCHELL** created new Kik accounts utilizing different usernames and account names. MITCHELL used usernames "owdi5000", "bbb86889" and account names "Bbb", "Ty Lr" and "N___b" to communicate with the UC throughout the investigation. The Kik account name "Ty Lr" was the most recently used Kik account by **MITCHELL** known to law enforcement and was recently banned from Kik.

20. On or about April 21, 2022, HSI Tampa executed a search warrant signed by a United States Magistrate Judge for the Middle District of Florida, on the residence where **MITCHELL** resides, 50 78th Avenue Treasure Island, FL 33706. HSI Tampa seized nine cellular phones, two HP Laptops, an HP Desktop, a Seagate hard drive, an iPod, and two thumb drives.

21. On or about April 21, 2022, **MITCHELL** waived his *Miranda* Rights and agreed to speak with agents. **MITCHELL** stated his phone number was 727-224-XXXX.[2] Additionally, **MITCHELL** stated account "owdi5000" belonged to him in the past and acknowledge talking with a purported 8th grader (the UC). **MITCHELL** also admitted to receiving and distributing child pornography in the Kik application.

22. HSI Computer Forensics Agents (CFAs) conducted a preliminary search of **MITCHELL's** iPhone 11 Pro. The CFAs discovered approximately 13 images and approximately 10 videos of child pornography during initial analysis.

---

[2]Partially redacted for privacy purposes.

6

Below is a description of three of the images of child pornography found on the iPhone 11 Pro:

    a. "IMG_2805": This video is 54 minutes long and depicts a prepubescent female between the ages of three and five. The prepubescent female laying on her back with diaper on. An adult male is pulling the diaper to the side and touching the prepubescent female's genitals with his penis.

    b. "IMG_2807": This video is one minute and thirty seconds long and depicts a prepubescent female between the ages of three to seven. The prepubescent female is wearing a shirt and no pants. She is standing in front of an adult male wearing no clothing with his penis exposed to the prepubescent female. The adult male forcefully penetrates the prepubescent female's mouth with his penis until she vomits.

    c. "IMG_2862": This video is one minute and fifty-nine seconds long and depicts a prepubescent female between the ages of 11 and 14. The pubescent female laying on her back with no pants on and a shirt pulled above her breasts. An adult male is vaginally penetrating the pubescent female with his penis.

## CONCLUSION

23. Based on the foregoing facts, there is probable cause to believe that **MITCHELL** distributed child pornography, in violation of title 18, United States code, Section 18 U.S.C. § 2252(a)(2).

Sara Angelosanto
Special Agent
Homeland Security Investigations

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone this _21_ day of April, 2022.

Julie S. Sneed
United States Magistrate Judge

8