UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.:   8:22-CR-168-MSS-SPF |
| | : | |
| DAVID JACOB MITCHELL | : | |
| _____ | : | |

**DEFENDANT DAVID JACOB MITCHELL'S**
**SENTENCING MEMORANDUM**

COMES NOW, the Defendant, DAVID JACOB MITCHELL, by and through his undersigned counsel, and hereby files this his sentencing memorandum and in support states as follows:

The Defendant submitted a detailed mitigation analysis to United States Probation in advance of sentencing. United States Probation attached the mitigation analysis to the final presentence investigation report. (CM/ECF Document Entry 65) (pages 24 through 26).

The Defendant submitted a psychosexual evaluation to United States Probation in advance of sentencing. United States Probation attached the psychosexual evaluation to the final presentence investigation report. (CM/ECF Document Entry 65) (pages 27 through 37).

At sentencing, the Defendant will present a mitigation argument based upon these documents.

## **CONCLUSION**

WHEREFORE, the Defendant, DAVID JACOB MITCHELL, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T:	(813) 228-6989
E:	mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on January 9, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire